UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America | |
| v. | Crim. No.  2:99-cr-1001-5 |
| Mary Poppins | |

**Motion for Detention**
